IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM MCGHEE,

    Plaintiff,

v.                                                 No.  2:19-cv-1158-KWR-KRS

SECRETARY OF CORRECTIONS, *et al*,

    Defendants.

## FINAL JUDGMENT

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

    **IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff William McGhee's Prisoner Civil Rights Claims (**Doc. 1**) are **DISMISSED WITH PREJUDICE**.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE